| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| DYKEMA GOSSETT LLP<br>Michael P. Wippler (SBN 155646)<br>mwippler@dykema.com<br>Jon D. Cantor (SBN 91852)<br>jcantor@dykema.com<br>Gregory K. Jones (SBN 181072)<br>gjones@dykema.com<br>333 South Grand Avenue, Suite 2100<br>Los Angeles, CA 90071<br>Telephone: (213) 457-1800<br>Facsimile: (213) 457-1850<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Defendant Tsai Luan Ho | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -** LOS ANGELES DIVISION

| In re:<br>Liberty Asset Management Corporation,<br><br>Debtor(s). | CASE NO.: 2:16-13575-ER<br>ADVERSARY NO.: 2:16-ap-01374-ER<br>CHAPTER: 11 |
|---|---|
| Official Unsecured Creditors Committee for Liberty Asset Management Corporation,<br><br>Plaintiff(s).<br>vs.<br>Tsai Luan Ho, an individual, and Benjamin Kirk, an individual,<br><br>Defendant(s). | **JOINT STATUS REPORT**<br>**[LBR 7016-1(a)(2)]**<br><br>DATE: 07/11/2017<br>TIME: 10:00 a.m.<br>COURTROOM: 1568<br>ADDRESS: 255 East Temple Street<br>Los Angeles, CA 90012 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

**A. PLEADINGS/SERVICE:**

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)? ☒ Yes ☐ No
2. Have all parties filed and served answers to the Claims Documents? ☒ Yes ☐ No
3. Have all motions addressed to the Claims Documents been resolved? ☒ Yes ☐ No
4. Have counsel met and conferred in compliance with LBR 7026-1? ☒ Yes ☐ No

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*     Page 1     **F 7016-1.STATUS.REPORT**

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," please explain below (*or on attached page*):

**B. READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?

   <u>Plaintiff</u>                                                    <u>Defendant</u>
   January 2018                                              February 2018

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

   <u>Plaintiff</u>                                                    <u>Defendant</u>
                                                             See section G, infra

3. When do you expect to complete <u>your</u> discovery efforts?

   <u>Plaintiff</u>                                                    <u>Defendant</u>

4. What additional discovery do you require to prepare for trial?

   <u>Plaintiff</u>                                                    <u>Defendant</u>

**C. TRIAL TIME:**

1. What is your estimate of the time required to present <u>your side of the case</u> at trial (*including rebuttal stage if applicable*)?

   <u>Plaintiff</u>                                                    <u>Defendant</u>
   5-7 days                                                   10 days

2. How many witnesses do you intend to call at trial (*including opposing parties*)?

   <u>Plaintiff</u>                                                    <u>Defendant</u>
   3-5 witnesses                                             Unknown at this time

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                              Page 2                              **F 7016-1.STATUS.REPORT**

3. How many exhibits do you anticipate using at trial?

| Plaintiff | Defendant |
|---|---|
| 30-50 | Unknown at this time |

**D. PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court.  [See LBR 7016-1.]  If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |
|---|---|
| Pretrial conference ☒ is  ☐ is not  requested | Pretrial conference ☒ is  ☐ is not  requested |
| Reasons: | Reasons: |

| Plaintiff | Defendant |
|---|---|
| Pretrial conference should be set after: | Pretrial conference should be set after: |
| (*date*) 01/01/2018 | (*date*) 01/01/2018 |

**E. SETTLEMENT:**

1. What is the status of settlement efforts?
   The parties attended a day-long mediation session on June 26, 2017.  The Committee, Tsai Luan Ho, and mediator Peter Gurfein have scheduled a second session for July 26, 2017.

2. Has this dispute been formally mediated?    ☒ Yes    ☐ No
   If so, when?

   See section E.1, supra

3. Do you want this matter sent to mediation at this time?

| Plaintiff | Defendant |
|---|---|
| ☒ Yes    ☐ No | ☒ Yes    ☐ No |

Further mediation is scheduled for 7/26/17

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                 Page 3                                **F 7016-1.STATUS.REPORT**

**F.  FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below.  Failure to select either box below may be deemed consent.

|  Plaintiff | Defendant |
|---|---|
| ☒ I do consent | ☐ I do consent |
| ☐ I do not consent | ☒ I do not consent |
| to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. | to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. |

**G.  ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

As stated above, the parties engaged in a day-long mediation session on Monday, June 26 before mediator Peter Gurfein.  The mediator, Committee, and Tsai Luan Ho agreed to a second mediation session for Wednesday, July 26, and wish to continue to explore settlement options.  In connection with these negotiations and to minimize the attorneys' fees that would be incurred in preparing for trial, Ms. Ho requests that a trial date not be set at this time, or, if one is set, the trial date should be scheduled in 2018.  Ms. Ho's primary litigation counsel is not available between February 20 and 28, 2018 due to an arbitration, and has a trial scheduled on April 3, 2018 that should take ten days.

Respectfully submitted,

Date:  06/27/2017

Pachulski Stang Ziehl & Jones LLP
Printed name of law firm

/s/ Gail S. Greenwood
Signature

Gail S. Greenwood
Printed name

Attorney for:  Off. Committee Unsecured Creditors

Date:  06/27/2017

DYKEMA GOSSETT LLP
Printed name of law firm

/s/ Gregory K. Jones
Signature

Gregory K. Jones
Printed name

Attorney for:  Tsai Luan Ho

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 4    **F 7016-1.STATUS.REPORT**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

150 California Street, 15th Floor, San Francisco, CA 94111

A true and correct copy of the foregoing document entitled: **JOINT STATUS REPORT [LBR 7016-1 (a)(2)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date):* **June 27, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- William Crockett    wec@weclaw.com, ksa@weclaw.com
- Gail S Greenwood    ggreenwood@pszjlaw.com, rrosales@pszjlaw.com
- Gregory K Jones    GJones@dykema.com, CAcossano@dykema.com;DocketLA@dykema.com
- Jeremy V Richards    jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- James S Yan    jsyan@msn.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:

On *(date)* **June 27, 2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Tsai Luan Ho
c/o Gregory K Jones
Dykema Gossett LLP
333 S. Grand Avenue
Suite 2100
Los Angeles, CA 90071

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 27, 2017**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.

| **Via Overnight Mail** | **Via Email** |
|---|---|
| Honorable Ernest M. Robles<br>U.S. Bankruptcy Court, Central District of California<br>Edward R. Roybal Federal Building and Courthouse<br>255 E. Temple Street, Suite 1560 / Courtroom 1568<br>Los Angeles, CA 90012 | Bennjamin Kirk    benny@libertyrcos.com |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 27, 2017, | Rebecca Rosales | */s/ Rebecca Rosales* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

DOCS_SF:94316.2 52593/002