WILLIAM E. CROCKETT (SBN 129383)
**LAW OFFICES OF WILLIAM E. CROCKETT**
16000 Ventura Boulevard, Suite 1000
Encino, CA 91436
Phone: (818) 501-0087
Fax: (818) 501-0092
Email: wec@weclaw.com

Attorneys for Defendant Benjamin Kirk

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>LIBERTY ASSET MANAGEMENT CORPORATION, a California corporation,<br><br>Debtor and<br>Debtor in Possession. | Case No. 2:16-BK-13575-ER<br><br>Adv. No.: 2:16-ap-01374-ER<br><br>Chapter 11<br><br>**DECLARATION OF WILLIAM E. CROCKETT RE: NON-OPPOSITION TO MOTION TO WITHDRAW AS COUNSEL OF RECORD TO BENJAMIN KIRK**<br><br>[No hearing required] |
| OFFICIAL UNSECURED CREDITORS COMMITTEE FOR LIBERTY ASSET MANAGEMENT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>TSAI LUAN HO, an individual, and BENJAMIN KIRK, an individual,<br><br>Defendants. | |

1

I, William E. Crockett, declare as follows:

1. I am an attorney duly licensed to practice in the State of California and before the United States Bankruptcy Court, Central District of California.

2. I am the principal of the Law Offices of William E. Crockett (the "Firm"), counsel of record to Benjamin Kirk ("Kirk") in the above-entitled action. I have personal knowledge of the facts set forth in this declaration. If called and sworn as a witness, I could and would testify to the facts below.

3. The Notice of Motion and Motion to Withdraw as Counsel of Record to Benjamin Kirk ("Notice and Motion") was filed and served on interested parties required to be served by the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules, including Mr. Kirk, on May 19, 2017 as Docket No. 41. A true and correct copy of the Notice and Motion is attached hereto as Exhibit "A" and incorporated herein by reference.

4. More than 17 days (14 days plus 3 days for mailing to Mr. Kirk) have elapsed since the filing and serving of the Notice and Motion on the interested parties listed in the Proof of Service attached thereto, and I have not received any opposition thereto or request for hearing. I have reviewed the docket in this matter, and there is no opposition or request for hearing on file.

5. Based upon the foregoing, I respectfully request the Court enter an order granting the Motion to Withdraw.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on the 29th day of June, 2017 at Encino, California.

        /s/ *William E. Crockett*
        WILLIAM E. CROCKETT

WILLIAM E. CROCKETT (SBN 129383)
**LAW OFFICES OF WILLIAM E. CROCKETT**
16000 Ventura Boulevard, Suite 1000
Woodland Hills, CA 91436
Phone: (818) 501-0087
Fax: (818) 501-0092
Email: wec@weclaw.com

Attorneys for Defendant Benjamin Kirk

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>LIBERTY ASSET MANAGEMENT CORPORATION, a California corporation,<br><br>    Debtor and<br>    Debtor in Possession. | Case No. 2:16-BK-13575-TD<br><br>Adv. No.: 2:16-ap-01374-TD<br><br>Chapter 11<br><br>**NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL OF RECORD TO BENJAMIN KIRK; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF** |
| OFFICIAL UNSECURED CREDITORS COMMITTEE FOR LIBERTY ASSET MANAGEMENT CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>TSAI LUAN HO, an individual, and BENJAMIN KIRK, an individual,<br><br>    Defendants. | [No hearing required pursuant to LBR 9013-1(p)] |

EXHIBIT A

1

TO BENJAMIN KIRK AND ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE THAT the Law Offices of William E. Crockett (the "Firm") hereby moves to withdraw as counsel for Benjamin Kirk in the above-referenced matter.  The Motion is based upon this Notice, the attached Motion and Memorandum of Points and Authorities, and the Declaration of William E. Crockett filed and served concurrently herewith.  The Motion is attached hereto.

Local Bankruptcy Rule 9013-1(o)(1) requires that any response and request for hearing must be filed with the Court and served on the movant at the address above and the United States Trustee, 915 Wilshire Blvd., Ste. 1850, Los Angeles, CA 90017, within 14 days after the date of service of this Notice.  Failure to timely file and serve a response within 14 days after the date of service of this Notice means the Court may grant the relief requested in the Motion without a hearing, and without further notice.

DATE: May 19, 2017                              LAW OFFICES OF WILLIAM E. CROCKETT


/s/ *William E. Crockett*
WILLIAM E. CROCKETT
Attorneys for Defendant Benjamin Kirk

2

1    The Law Offices of William E. Crockett moves this Court for an order permitting

2    withdrawal as counsel for Defendant Benjamin Kirk.

3    Pursuant to Local Bankruptcy Rule 2091-1(a)-(c), the Court may permit counsel to

4    withdraw from an action upon proper notice. Such permissive withdrawal of counsel

5    is governed by the standards of professional conduct applicable to members of the State

6    Bar of California. *See also Nehad v. Mukasey*, 535 F.3d 962, 970 (9th Cir. 2008). The California

7    Rules of Professional Conduct provide for permissive withdrawal where the client "breaches an

8    agreement or obligation to the member as to expenses or fees." Cal. Rules of Prof. Conduct 3-

9    700(C)(1)(f). Permissive withdrawal is also allowed where "[t]he member believes in good

10   faith, in a proceeding pending before a tribunal, that the tribunal will find the existence of other

11   good cause for withdrawal." Cal. Rules of Prof. Conduct 3-700(C)(6).

12   The parties executed a legal services agreement for the Firm to represent Kirk in the

13   above-entitled action, and to represent Kirk in all other matters then pending against him.

14   First and foremost, there has been a breakdown in communication in the attorney-client

15   relationship, such that, in counsel's opinion, it will be impossible to effectively represent Mr.

16   Kirk in further proceedings in this matter and at trial.  Substantive communication from Mr.

17   Kirk have ended.  The Firm is still reaching out to Mr. Kirk and advising him of dates,

18   deadlines and responsibilities.

19   Pursuant to the Agreement, Kirk agreed to pay monthly invoices for attorneys' fees and

20   costs incurred upon receipt.  Kirk agreed that the Firm's representation of him was conditioned

21   upon timely payment of fees and costs, and that failure to timely pay these invoices could result

22   in the Firm withdrawing from representing him in all pending matters.

23   This Firm is also either moving to withdraw or asking Mr. Kirk to execute substitutions

24   of counsel in all matters in which the Firm is currently representing Mr. Kirk.

25   The Firm has performed substantial work for Kirk pursuant to the Agreement.

26   However, for an extended period of time, Kirk has failed to fully pay the Firm's invoices when

27   due.  In addition, the retainer has been depleted for months, and has not been replenished.

28

3

Since these issues arose, the Firm has continued to provide legal services pursuant to the Agreement in good faith and with the expectation that the outstanding invoices would be paid.

Over the past several months, Mr. Crockett communicated with Kirk about the need to pay the outstanding balances or the Firm would not be able to continue to represent Kirk in the above-referenced matter.  To date, the outstanding balance has not been paid.

Mr. Kirk has been advised of all relevant deadlines.  This firm will continue to provide Mr. Kirk with all relevant documents and information in connection with this matter until withdrawal is granted.  Mr. Kirk has been advised that he should not expect any deadlines to be continued due to the Firm's withdrawal.

For the foregoing reasons, the Law Offices of William E. Crockett respectfully requests the Court grants its Motion to Withdraw as Counsel for Benjamin Kirk.

DATE:  May 19, 2017                    LAW OFFICES OF WILLIAM E. CROCKETT

                                       /s/ *William E. Crockett*
                                       WILLIAM E. CROCKETT
                                       Attorneys for Defendant Benjamin Kirk

4

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 16000 Ventura Blvd., Suite 1000, Encino, CA 91436.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL OF RECORD TO BENJAMIN KIRK** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On May 19, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Gail S Greenwood ggreenwood@pszjlaw.com, efitzgerald@pszjlaw.com
- Jeremy V Richards, jrichards@pszjlaw.com, bdassa@pszjlaw.com; imorris@pszjlaw.com
- United States Trustee (LA), ustpregion16.la.ecf@usdoj.gov
- James S Yan, jsyan@msn.com;
- Gregory Jones, gjones@dykema.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) May 19, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Benjamin Kirk, 4110 Edison Avenue, #208A, Chino, CA 91710

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) May 19, 2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

| | |
|---|---|
| Hon. Ernest M. Robles (via overnight mail) | Debtor Liberty Asset Management Corporation (via email) |
| United States Bankruptcy Court | c/o David Golubchik, Levene Neale Bender Yoo & Brill |
| 255 E. Temple Street, Suite 1560 | dbg@lnbyb.com |
| Los Angeles, CA 90012 | |

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 19, 2017 | Victoria McLaughlin | */s/ Victoria McLaughlin* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**