

WILLIAM E. CROCKETT (SBN 129383)
**LAW OFFICES OF WILLIAM E. CROCKETT**
16000 Ventura Boulevard, Suite 1000
Encino, CA  91436
Phone: (818) 501-0087
Fax: (818) 501-0092
Email: wec@weclaw.com

Attorneys for Defendant Benjamin Kirk

FILED & ENTERED

JUL 12 2017

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez  DEPUTY CLERK

CHANGES MADE BY COURT

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

In re:

LIBERTY ASSET MANAGEMENT
CORPORATION, a California corporation,

                    Debtor and
                    Debtor in Possession.

OFFICIAL UNSECURED CREDITORS
COMMITTEE FOR LIBERTY ASSET
MANAGEMENT CORPORATION,

                    Plaintiff,

v.

TSAI LUAN HO, an individual, and
BENJAMIN KIRK, an individual,

                    Defendants.

Case No. 2:16-BK-13575-ER

Adv. No.: 2:16-ap-01374-ER

Chapter 11

**ORDER GRANTING MOTION TO
WITHDRAW AS COUNSEL OF
RECORD FOR BENJAMIN KIRK**

[No hearing required]

LAW OFFICES OF WILLIAM E. CROCKETT
16000 Ventura Boulevard, Suite 1000
Encino, CA 91436
T:(818) 501-0087  F:(818) 501-0092

1

1    The Court, having considered the Motion to Withdraw as Counsel of Record for

2  Benjamin Kirk ("Motion to Withdraw") filed by the Law Offices of William E. Crockett

3  [Docket No. 41] in the above-captioned case, with proper notice of the Motion to Withdraw

4  having been given, no opposition or request for hearing having been filed, and good cause

5  appearing therefor:

6    IT IS HEREBY ORDERED that the Motion to Withdraw is granted. Benjamin Kirk is

7  strongly advised to retain new counsel. Mr. Kirk is further advised that if he does not retain

8  counsel, he will be held to the same standard as an attorney, and no dates in this action will be

9  continued based on Mr. Kirk's lack of representation by counsel.

10    IT IS FURTHER ORDERED that the Clerk of the Court shall update the docket to

11  reflect Mr. Kirk's address, as follows:

12  Benjamin Kirk

13  4110 Edison Avenue, Apt. 208A

14  Chino, CA 91710

15    IT IS FURTHER ORDERED that by no later than July 19, 2017, Mr. Crockett shall

16  serve this order upon Mr. Kirk and shall file a proof of service so indicating.

17    IT IS SO ORDERED.

18                                      ###

19

20

21

22

23

24

25  Date: July 12, 2017

26                            Ernest M. Robles
                            United States Bankruptcy Judge

27

28

**LAW OFFICES OF WILLIAM E. CROCKETT**
16000 Ventura Boulevard, Suite 1000
Encino, CA 91436
T:(818) 501-0087  F:(818) 501-0092