

**FILED & ENTERED**

**MAY 24 2018**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** gonzalez **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:    Liberty Asset Management Corporation, Debtor | Case No.:    2:16-bk-13575-ER<br>Adv. No.:    2:16-ap-01374-ER |
| Official Unsecured Creditors Committee for Liberty Asset Management Corporation,<br><br>Plaintiff<br><br>v.<br><br>Tsai Luan Ho,<br><br>Defendant | **ORDER DIRECTING DEFENDANT TO SUBMIT MISSING TRIAL EXHIBITS TO CHAMBERS BY NO LATER THAN MAY 25, 2018 AT 5:00 P.M.**<br><br>**TRIAL:**<br><br>Date:    May 29–30, 2018<br>Time:    9:00 a.m.<br>Location:  Ctrm. 1568<br>          Roybal Federal Building<br>          255 East Temple Street<br>          Los Angeles, CA 90012 |

    The trial exhibit binder submitted by Defendant to the Court is missing exhibits C and O. The Court HEREBY ORDERS Defendant to deliver the missing exhibits to chambers by no later than Friday, May 25, 2018 at 5:00 p.m.

IT IS SO ORDERED.

###

Date: May 24, 2018

Ernest M. Robles
United States Bankruptcy Judge