JEREMY V. RICHARDS (CA SBN 102300)
GAIL S. GREENWOOD (CA SBN 169939)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail:  jrichards@pszjlaw.com
            ggreenwood@pszjlaw.com

Attorneys for Bradley D. Sharp, Plan Administrator under
the Confirmed First Amended Chapter 11 Plan of
Liquidation Dated January 31, 2018 for Liberty Asset
Management Corporation

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>LIBERTY ASSET MANAGEMENT CORPORATION, a California corporation,<br><br>Debtor.<br><br>———<br><br>BRADLEY D. SHARP, PLAN ADMINISTRATOR UNDER THE CONFIRMED FIRST AMENDED CHAPTER 11 PLAN OF LIQUIDATION DATED JANUARY 31, 2018 FOR LIBERTY ASSET MANAGEMENT CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>TSAI LUAN HO, an individual,<br><br>Defendant. | Case No.: 2:16-bk-13575-ER<br><br>Chapter 11<br><br>Adv. No.: 2:16-ap-01374-ER<br><br>**PLAN ADMINISTRATOR'S MOTION TO REOPEN ADVERSARY PROCEEDING AND SCHEDULE TRIAL**<br><br>[No hearing requested]<br><br><u>Trial:</u><br>Date:  TBD<br>Time:  TBD<br>Place: Courtroom 1568<br>          255 E. Temple Street<br>          Los Angeles, CA 90012<br>Judge: Ernest M. Robles |

Bradley D. Sharp, Plan Administrator Under the *Confirmed First Amended Chapter 11 Plan of Liquidation dated January 31, 2018* (the "Plan Administrator") hereby moves to reopen this adversary on the grounds that Defendant Tsai Luan Ho ("Ho") has been denied a bankruptcy discharge and litigation is no longer subject to the automatic stay.

1

DOCS_SF:101290.1 52593/003

**I.**

**FACTUAL AND PROCEDURAL BACKGROUND**

This adversary proceeding was set for trial to begin on May 29-30, 2018. A Final Joint Pretrial Stipulation and Order was entered [Docket No. 89], exhibits were identified and submitted, and all pretrial briefing is complete [Docket Nos. 100-110].

On the day before trial, May 28, 2018, Ho filed a voluntary petition for bankruptcy under chapter 7 in the United States Bankruptcy Court, Northern District of California in San Francisco, Case Number 3:18-bk-30581-DM, which stayed all prior litigation against Ho. On November 30, 2018, this Court entered an *Order Dismissing Case Without Prejudice.* [Docket No. 127]. Accordingly, the adversary was dismissed without prejudice in anticipation of a resolution of the Plan Administrator's claims against Ho in her chapter 7 bankruptcy.

Various adversary proceedings were commenced against Ho in her chapter 7 bankruptcy, including an action for non-dischargeability filed by the Chapter 7 Trustee, Andrea Wirum. On April 1, 2019, the Northern District Bankruptcy Court entered a Memorandum of Decision granting the Chapter 7 Trustee's motion for partial summary judgment and denying a discharge to Ho pursuant to Bankruptcy Code section 727(a)(3) on the grounds that Ho failed to keep or preserve records from which her financial condition or business transactions could be ascertained. Shortly thereafter, the Court entered a judgment thereon. True and correct copies of the Memorandum of Decision and Judgment Denying Discharge are attached hereto as **Exhibit A**.

Ho has filed an appeal of the Judgment Denying Discharge to the district court. However, there is no stay in effect pending the appeal. By order entered June 7, 2019, the Northern District Bankruptcy Court denied Ho's motion for a stay pending appeal of the judgment. A true and correct copy of the Order is attached hereto as **Exhibit B**.

**II.**

**RELIEF REQUESTED**

The Plan Administrator requests that the Court reopen this adversary and set the matter for an immediate status conference and trial. Pursuant to Federal Rule of Bankruptcy Procedure 7041(a)(2), the Court's prior dismissal was explicitly without prejudice to reinstating the action.

## III.

## LEGAL ARGUMENT

The automatic stay under Bankruptcy Code section 362 expires when a discharge is granted or denied.  Bankr. Code §362(c)(2)(C) (stay continues until "the earliest of – … the time a discharge is granted or denied").  *See, e.g., In re McGuirl,* 349 B.R. 759, 760-61 (D.D.C. 2006) (automatic stay continues until the earliest of three events, including denial of discharge; stay terminated upon denial of discharge, not closure of the bankruptcy case).

Ho has been denied a discharge and is no longer shielded by the automatic stay.  Ho subsequently sought, and was denied, a stay pending appeal or reinstatement of the automatic stay pending her appeal.  *See* Exhibit B.  Thus, both by operation of law and by order of the Court, litigation against Ho is not stayed.  Creditors of Liberty Asset Management Corporation diligently prosecuted this case for almost two years and through three separate mediations, which was deferred while Ho sought a discharge.  Now that Ho has been denied a discharge, the Plan Administrator is entitled to a trial and judgment.

## IV.

## CONCLUSION

For the foregoing reasons, the Plan Administrator requests that the Court reopen this adversary and set the matter for an immediate trial.

Dated:  June 10, 2019               PACHULSKI STANG ZIEHL & JONES LLP

By: _____*/s/ Gail S. Greenwood*_____
      Jeremy V. Richards
      Gail S. Greenwood

Attorneys for Bradley D. Sharp, Plan Administrator under the Confirmed First Amended Chapter 11 Plan of Liquidation Dated January 31, 2018 for Liberty Asset Management Corporation

3

DOCS_SF:101290.1 52593/003

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: **150 California Street, 15th Floor, San Francisco, California 94111**

A true and correct copy of the foregoing document entitled (*specify*): **PLAN ADMINISTRATOR'S MOTION TO REOPEN ADVERSARY PROCEEDING AND SCHEDULE TRIAL** will be served or was served in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **June 10, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Gail S Greenwood**     ggreenwood@pszjlaw.com, rrosales@pszjlaw.com
- **James Andrew Hinds**     jhinds@jhindslaw.com, mduran@jhindslaw.com
- **Jeremy V Richards**     jrichards@pszjlaw.com, bdassa@pszjlaw.com; imorris@pszjlaw.com
- **Paul R Shankman**     pshankman@jhindslaw.com, mduran@jhindslaw.com
- **Rachel M Sposato**     rsposato@jhindslaw.com, mduran@jhindslaw.com
- **United States Trustee (LA)**     ustpregion16.la.ecf@usdoj.gov
- **James S Yan**     jsyan@msn.com

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **June 10, 2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Benjamin Kirk
2648 E. Workman Ave. #3001
West Covina, CA 91791

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **June 10, 2019**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA OVERNIGHT MAIL**
Honorable Ernest M. Robles
U.S. Bankruptcy Court, CD of California
Edward R. Roybal Fed Bldg and Courthouse
255 E. Temple Street, Suite 1560 / CR 1568
Los Angeles, CA 90012

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 10, 2019 | Matt Renck | */s/ Matt Renck* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

4

DOCS_SF:101290.1 52593/003