| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| JEREMY V. RICHARDS (CA SBN 102300)<br>GAIL S. GREENWOOD (CA SBN 169939)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA  90067<br>Telephone: 310/277-6910<br>Facsimile: 310/201-0760<br>E-mail: jrichards@pszjlaw.com<br> ggreenwood@pszjlaw.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:*  Bradley D. Sharp, Plan Administrator | |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>LIBERTY ASSET MANAGEMENT CORPORATION, a California corporation,<br><br>BRADLEY D. SHARP, PLAN ADMINISTRATOR UNDER THE CONFIRMED FIRST AMENDED CHAPTER 11 PLAN OF LIQUIDATION DATED JANUARY 31, 2018 FOR LIBERTY ASSET MANAGEMENT CORPORATION,<br>Plaintiff,<br><br>vs.<br><br>TSAI LUAN HO, an individual,<br>Defendant.<br><br>Debtor(s). | CASE NO.: 2:16-ap-01374-ER<br>CHAPTER: 11<br><br>**NOTICE OF MOTION FOR:**<br>PLAN ADMINISTRATOR'S MOTION TO REOPEN ADVERSARY PROCEEDING AND SCHEDULE TRIAL<br><br><br>(***Specify name of Motion***)<br><br>DATE: 07/09/2019<br>TIME:  10:00 am<br>COURTROOM: 1568<br>PLACE: Edward R. Roybal Fed. Building & Courthouse<br>     255 E. Temple Street, Suite 1560<br>     Los Angeles, CA 90012 |

1. TO (*specify name*): __TSAI LUAN HO AND ALL PARTIES ENTITLED TO NOTICE._____

2. NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith. Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.

3. **Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*          Page 1          **F 9013-1.1.HEARING.NOTICE**

4. **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to LBR 9013-1. If you wish to oppose this Motion, you must file a written response with the court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

5. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the judge's self-calendaring procedures.

Date: 06/12/2019

PACHULSKI STANG ZIEHL & JONES LLP
Printed name of law firm

/s/ Gail S. Greenwood
Signature

Gail S. Greenwood
Printed name of attorney

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*       Page 2       **F 9013-1.1.HEARING.NOTICE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
150 California Street, 15th Floor, San Francisco, California 94111

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION FOR** (*specify name of motion*) PLAN ADMINISTRATOR'S MOTION TO REOPEN ADVERSARY PROCEEDING AND SCHEDULE TRIAL [Docket No. 129]
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 06/12/2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Gail S Greenwood ggreenwood@pszjlaw.com, rrosales@pszjlaw.com; James Andrew Hinds jhinds@jhindslaw.com, mduran@jhindslaw.com; Jeremy V Richards jrichards@pszjlaw.com, bdassa@pszjlaw.com; imorris@pszjlaw.com; Paul R Shankman pshankman@jhindslaw.com, mduran@jhindslaw.com; Rachel M Sposato rsposato@jhindslaw.com, mduran@jhindslaw.com;United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov; James S Yan jsyan@msn.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 06/12/2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Benjamin Kirk 2648 E. Workman Ave. #3001, West Covina, CA 91791

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 06/12/2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

VIA OVERNIGHT MAIL: Honorable Ernest M. Robles U.S. Bankruptcy Court, CD of California
Edward R. Roybal Fed Bldg and Courthouse 255 E. Temple Street, Suite 1560 / CR 1568, Los Angeles, CA 90012

VIA EMAIL: James Andrew Hinds jhinds@jhindslaw.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/12/2019 | Matt Renck | /s/ Matt Renck |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012* — Page 3 — **F 9013-1.1.HEARING.NOTICE**