# United States Bankruptcy Court
## Central District of California
Los Angeles
Judge Ernest Robles, Presiding
Courtroom 1568 Calendar

**Tuesday, October 15, 2019**  **Hearing Room   1568**

**10:00 AM**
**2:16-13575    Liberty Asset Management Corporation**    **Chapter 11**
Adv#: 2:16-01374    Official Unsecured Creditors Committee for Liberty v. Ho et al

**#28.00**    Status conference re status of appeal

fr. 7-9-19

Docket    129

**Matter Notes:**

10/15/2019

The tentative ruling will be the order.
Court to prepare order.

**POST PDF OF TENTATIVE RULING TO CIAO**

**Tentative Ruling:**

10/11/2019

Trial in this adversary proceeding was initially set for May 29–30, 2018. On May 28, 2018, Defendant Tsai Luan Ho a/k/a Shelby Ho ("Ho") (the only remaining defendant) filed a voluntary Chapter 7 petition in the United States Bankruptcy Court for the Northern District of California (the "Northern District Bankruptcy Court"). The Court took the trial off calendar. Based upon Plaintiff's representation that it intended to pursue a non-dischargeability action against Ho in the Northern District Bankruptcy Court, the Court subsequently dismissed this action without prejudice.

   On July 20, 2018, Plaintiff filed a non-dischargeability action against Ho in the Northern District Bankruptcy Court (the "523 Action"). On August 23, 2018, the Chapter 7 Trustee in Ho's bankruptcy case filed a § 727 complaint to deny Ho's discharge (the "727 Action"). On April 9, 2019, the Northern District Bankruptcy Court entered judgment denying Ho's discharge, pursuant to § 727(a)(3) (the "Judgment Denying Discharge"). On April 16, 2019, Ho appealed the Judgment Denying Discharge to the United States District Court for the Northern District of California (the "District Court"). On June 7, 2019, the Northern District Bankruptcy

# United States Bankruptcy Court
## Central District of California
Los Angeles
**Judge Ernest Robles, Presiding**
**Courtroom 1568 Calendar**

**Tuesday, October 15, 2019**                                                                 **Hearing Room   1568**

<u>10:00 AM</u>
**CONT...**        **Liberty Asset Management Corporation**                                                         **Chapter 11**

    Court denied Ho's motion for a stay pending appeal of the Judgment Denying Discharge. Ho's appeal of the Judgment Denying Discharge remains pending before the District Court. Proceedings in the 523 Action have been stayed pending resolution of the appeal of the Judgment Denying Discharge. On April 26, 2019, the Northern District Bankruptcy Court issued a minute order providing that the 523 Action "may be restored to the calendar after the District Court acts on the pending appeal" of the Judgment Denying Discharge.

    On July 9, 2019, the Court conducted a hearing on Plaintiff's motion to reopen this adversary proceeding (the "Motion to Reopen"). Plaintiff sought an order reopening this proceeding and setting the matter for an immediate status conference in trial.

    The Court ruled that it would not set this matter for trial until the District Court had decided Ho's appeal of the Judgment Denying Discharge. The Court reasoned:

> In the event that the District Court overturns the Judgment Denying Discharge, Plaintiff will be required to pursue the 523 Action to obtain a recovery against Ho. The 523 Action is based upon the same nucleus of operative facts as this action. The potential for duplicative litigation weighs against proceeding to trial at this time. In addition to wasting judicial resources, the additional costs resulting from a duplicative trial would decrease the recoveries available for distribution to creditors by the Plan Administrator.

Ruling on Motion to Reopen [Doc. No. 135] at 4.

    The Court set this Status Conference to monitor the status of Ho's appeal of the Judgment Denying Discharge. The appeal remains pending before the District Court (briefing was completed on October 9, 2019).

    A continued Status Conference to monitor the appeal shall be held on **December 10, 2019, at 10:00 a.m.** A Status Report shall be submitted by no later than seven days prior to the hearing.

    The Court will prepare and enter an order setting the continued Status Conference.

    No appearance is required if submitting on the court's tentative ruling. If you intend to submit on the tentative ruling, please contact Carlos Nevarez or Daniel Koontz at 213-894-1522. **If you intend to contest the tentative ruling and appear, please first contact opposing counsel to inform them of your intention to do so.** Should an opposing party file a late opposition or appear at the hearing, the court will

# United States Bankruptcy Court
# Central District of California
Los Angeles
Judge Ernest Robles, Presiding
Courtroom 1568 Calendar

**Tuesday, October 15, 2019**                                                              **Hearing Room   1568**

### 10:00 AM
**CONT...     Liberty Asset Management Corporation**                                        **Chapter 11**

determine whether further hearing is required. If you wish to make a telephonic appearance, contact Court Call at 888-882-6878, no later than one hour before the hearing.

|  | **Party Information** |
|---|---|

**Debtor(s):**

| Liberty Asset Management | Represented By |
|---|---|
|  | David B Golubchik |
|  | Jeffrey S Kwong |
|  | John-Patrick M Fritz |
|  | Eve H Karasik |
|  | Sandford L. Frey |
|  | Raphael Cung |

**Defendant(s):**

| Tsai Luan Ho | Represented By |
|---|---|
|  | James Andrew Hinds Jr |
|  | Paul R Shankman |
|  | Rachel M Sposato |

| Benjamin Kirk | Pro Se |
|---|---|

**Plaintiff(s):**

| Official Unsecured Creditors | Represented By |
|---|---|
|  | Jeremy V Richards |
|  | Gail S Greenwood |

| Bradley D. Sharp | Represented By |
|---|---|
|  | Gail S Greenwood |