| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Gail S. Greenwood (CA SBN 169939)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, California 90067<br>Telephone: (310) 277-6910<br>Facsimile: (310) 201-0760<br>Email: ggreenwood@pszjlaw.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Plaintiff, Bradley D. Sharp, Plan Administrator under the Confirmed First Amended Chapter 11 Plan of Liquidation Dated January 31, 2018 for Liberty Asset Management Corporation | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br><br>LIBERTY ASSET MANAGEMENT CORPORATION, a California corporation,<br><br>                                            Debtor(s). | CASE NO.: 2:16-bk-13575-ER<br><br>ADVERSARY NO.: 2:16-ap-01374-ER<br><br>CHAPTER: 11 |
|---|---|
| BRADLEY D. SHARP, Plan Administrator under the Confirmed First Amended Chapter 11 Plan of Liquidation Dated January 31, 2018 for Liberty Asset Management Corporation<br><br>                                            Plaintiff(s).<br>vs.<br><br>TSAI LUAN HO,<br><br>                                            Defendant(s). | **JOINT STATUS REPORT**<br>**[LBR 7016-1(a)(2)]**<br><br>DATE:            September 21, 2021<br>TIME:            10:00 A.M.<br>COURTROOM:  1568<br>ADDRESS:       255 E. Temple Street<br>                         Los Angeles, CA 90012 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1 (a)(2):

### A. **PLEADINGS/SERVICE:**

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)?    ☒ Yes    ☐ No

2. Have all parties filed and served answers to the Claims Documents?    ☒ Yes    ☐ No

3. Have all motions addressed to the Claims Documents been resolved?    ☒ Yes    ☐ No

4. Have counsel met and conferred in compliance with LBR 7026-1?    ☒ Yes    ☐ No

---

B. **READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?

   | Plaintiff | Defendant |
   |---|---|
   | Plaintiff is ready for trial now. Briefing is complete based on the previously scheduled trial on 5/29/18. The parties are awaiting resolution of criminal proceedings against Kirk/Gao, which has been repeatedly delayed, most recently as a result of Covid. A plea hearing is currently scheduled on 10/18/21. | See below in Section G hereof. Defendant believes that the pretrial should be modified and updated to reflect recent events which bear on how the Court views Ms. Ho and her role with Liberty. |

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

   | Plaintiff | Defendant |
   |---|---|
   | N/A | |

3. When do you expect to complete your discovery efforts?

   | Plaintiff | Defendant |
   |---|---|
   | N/A. | |

4. What additional discovery do you require to prepare for trial?

   | Plaintiff | Defendant |
   |---|---|
   | N/A. Discovery closed on June 30, 2017. | |

C. **TRIAL TIME:**

1. What is your estimate of the time required to present your side of the case at trial *(including rebuttal stage if applicable)*?

   | Plaintiff | Defendant |
   |---|---|
   | 2 days | 2 to 3 days |

2. How many witnesses do you intend to call at trial *(including opposing parties)*?

   | Plaintiff | Defendant |
   |---|---|
   | 2 witnesses | 5-7 witnesses plus deposition testimony |

3. How many exhibits do you anticipate using at trial?

   | Plaintiff | Defendant |
   |---|---|
   | See Final Pretrial Order [Docket No. 89] | |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                Page 3                                F 7016-1.STATUS.REPORT

DOCS_SF:106006.1 52593/003

### D. PRETRIAL CONFERENCE:

| Plaintiff | Defendant |
|---|---|
| Pretrial conference ☐ is ☒ is not requested<br>Reasons: see below | Pretrial conference ☐ is ☒ is not requested<br>Reasons: |
| **Plaintiff** | **Defendant** |
| Pretrial conference should be set <u>after</u>:<br>*(date)* Any time | Pretrial conference should be set <u>after</u>:<br>*(date)* Any time |

### E. SETTLEMENT:

1. What is the status of settlement efforts?

   None. The Defendant has asked to speak directly with the Plan Administrator to discuss settlement. The Defendant believes that settlement can be achieved if the lawyers on both sides are taken out of the mix.

2. Has this dispute been formally mediated?    ☒ Yes    ☐ No
   If so, when?

   June 2017, July 2017, and January 2018. Three attempts at mediation were unsuccessful.

3. Do you want this matter sent to mediation at this time?

| Plaintiff | Defendant |
|---|---|
| ☐ Yes   ☒ No | ☐ Yes   ☒ No |

## F. FINAL JUDGMENT/ORDER:

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

<u>Plaintiff</u>
I ☒ do ☐ do not consent to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.

<u>Defendant</u>
I ☒ do ☐ do not consent to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.

## G. ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL: *(Use additional page if necessary)*

This case is trailing until the criminal trial of Kirk/Gao is resolved. Plaintiff's counsel is informed that prosecutors have reached a tentative settlement with Kirk and Gao and a plea hearing is scheduled in the criminal case on October 18, 2021.

Plaintiff requests a further status conference in 45 days, at which point the case can be set for trial. Defendant believes that recent dvelopments such as the criminal prosecutoin and pleas of Kirk and Gao and the overturning ot the Summary Judgment award against Kirk and Gao require that the Pretrial Agreement be revisited and amended to reflect these new events which bear on the Coutr's view of the role of Ms. Ho with Liberty and her culpability for the wrongs assopciated with Liberty.

Respectfully submitted,

Date: September 7, 2021

Pachulski Stang Ziehl & Jones LLP
Printed name of law firm

*/s/ Gail S. Greenwood*
Signature

Gail S. Greenwood, Esq.
Printed name
Attorney
for:    Plaintiff, Bradley D. Sharp

Date:    September __, 2021

THE HINDS LAW GROUP, APC
Printed name of law firm

Signature

James Andrew Hinds, Jr.
Printed name
Attorney
for:    Defendant, Tsai Luan Ho

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**150 California Street, 15th Floor, San Francisco, California 94111.**

A true and correct copy of the foregoing document entitled (*specify*): **JOINT STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing documents will be served by the court via NEF and hyperlink to the document. On (*date*) **March 30, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Gail S Greenwood    ggreenwood@pszjlaw.com, rrosales@pszjlaw.com
- James Andrew Hinds    jhinds@hindslawgroup.com, mduran@hindslawgroup.com
- Paul R Shankman    PShankman@fortislaw.com, info@fortislaw.com
- Rachel M Sposato    rsposato@hindslawgroup.com, mduran@hindslawgroup.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- James S Yan    jsyan@msn.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **September 8, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **September 8, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Via Overnight Mail to:**
Honorable Ernest M. Robles
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1560 / Courtroom 1568
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 8, 2021 | Matt Renck | /s/ Matt Renck |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |