JAMES ANDREW HINDS, JR. (SBN 71222)
jhinds@hindslawgroup.com
THE HINDS LAW GROUP, APC
21257 Hawthorne Blvd., 2nd Floor
Torrance, CA 90503
Telephone: (310) 316-0500
Facsimile:  (310) 792-5977

Attorneys for Defendant, Tsai-Luan Ho
(aka Tsai Ho aka Shelby Ho)

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>LIBERTY ASSET MANAGEMENT CORPORATION, a California corporation,<br><br>Debtor and Debtor in Possession. | Case No. 2:16-bk-13575-ER<br><br>(Chapter 11)<br><br>Adv. No. 2:16-ap-01374-ER<br><br>**DEFENDANT TSAI LUAN HO AKA SHELBY HO'S RESPONSE TO THE PLAN ADMINISTRATOR'S EIGHTH STATUS CONFERENCE REPORT** |
| BRADLEY D. SHARP, PLAN ADMINISTRATOR UNDER THE CONFIRMED FIRST AMENDED CHAPTER 11 PLAN OF LIQUIDATION DATED JANUARY 31, 2018 FOR LIBERTY ASSET MANAGEMENT CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>TSAI LUAN HO, an individual,<br><br>Defendant. | DATE:     January 11, 2022<br>TIME:     10:00 A.M.<br>PLACE:  Courtroom 1568<br>              255 E. Temple Street<br>              Los Angeles, CA 90012 |

1

**TO THE HONORABLE ERNEST ROBLES UNITED STATES BANKRUPTCY JUDGE AND
TO THE PLAINTIFF AND HIS COUNSEL OF RECORD:**

Defendant Tsai Luan Ho aka Shelby Ho (hereinafter referred to as "Ho") takes issue with parts of the Plan Administrator's Eighth Status Conference Report (Docket Item # 854) and brings the following facts and issues to the attention of this Court:

1.      Ho is a 73-year-old single woman who has not been gainfully employed since this case was filed in 2016.  For the past several years Ho owns no real property and does not even own a car.  Ho has described to counsel to the Plan Administrator that she primarily works as a baby-sitter for her minor grandchildren and lives on her social security payments.

2.      The Committee, and hence the Plan Administrator, has no direct evidence that Ho was ever an officer, manager, or principal of Liberty Asset Management Corporation.  Ho's deposition has been taken by counsel to the Plan Administrator, the chapter 7 Trustee in Ho's failed chapter 7 case, and by counsel for various creditors of Liberty Asset Management Corporation who sought to place blame on HO for their losses with Liberty Asset Management Corporation.  No one has documented a relationship between Ho and Liberty Asset Management Corporation at a fiduciary or management level.

3.      At one point in time the Committee relied on Judge Donovan's ruling on the Committee's successful prosecution of a summary judgment against Benny Kirk and Lucy Gao to show joint operation and a fiduciary relationship between Ho and Liberty Asset Management Corporation.  (See Docket Item # 57.)  Any inference from Judge Donovan's prior Order that Ho was somehow associated with Liberty Asset Management Corporation in some joint enterprise with Benny Kirk and Lucy Gao was destroyed by Judge Carter's February 8, 2019-Order reversing Summary Adjudication of  Liability and Remanding for Further Proceedings effectively overturning of the Committee Summary Judgment Award.

4.      The Plan Administrator is effectively keeping this case alive to prosecute claims against Ho which the Committee estimated to have a value to the Estate of $11 million.  (See Report at pp. 5:15 -6:11.)  While prior Status Reports documented that millions of dollars in professional

2

fees paid to the various professionals who assisted the Committee marshalling assets, preserving assets, and liquidating assets, it is now clear that the heavy lifting in this case is done, assets have been sold off, creditors paid dividends, and stipulated judgments have been obtained against the "bad guys" (Benny Kirk and Lucy Gao) who operated Liberty Asset Management Corporation.

5.      The record is clear that Ho filed here won chapter 7 case before the Northern District Bankruptcy Court in 2018.  As part of that chapter 7 case, Ho filed under penalty of perjury Scheduled and Statement of Financial Affairs documenting that she never received the $11 million in cash and real property assets as asserted by the Committee and thus the Plan Administrator.  In fact, Ho provided counsel for the Committee with extensive documentation showing how Benny Kirk and Lucy Gao manipulated commissions due to Ho for business brought to Liberty Asset Management Corporation to reflect on the books of Liberty Asset Management Corporation transfers which never existed.

6.      As part of the Ho chapter 7 case, on March 3, 2021, the chapter 7 Trustee filed her Final Account and Distribution Report showing the dividend paid to Ho's creditors (including a payment made to the Plan Administrator).

7.      At this time the Plan Administrator is sitting on $55,274 from so-called Final Fee Application Reserve and the Professional Fee Holdback Reserve.  (See Report at pp. 2:21 -3:8.)

8.      As part of the Joint Pretrial Statement filed with this Court, the parties estimate a trial (where the Plan Administrator will have the burden of proof and persuasion) to take several days. Ho has stated that her primary defense will the sworn testimony from Benny Kirk and Lucy Gao designed to show how they manipulated commissions due to Ho for business brought to Liberty Asset Management Corporation to reflect on the books of Liberty Asset Management Corporation transfers which never existed.  Ho will show that she was but one more victim of the Byzantine machinations of Liberty Asset Management Corporation Ponzi scheme.

9.      So as part of this Eighth Status Conference Ho respectfully asks this court to consider the cost benefit analysis of spending the final the Estate's final  $55,274 from so-called Final Fee

1   Application Reserve and the Professional Fee Holdback Reserve to prosecute claims where the

2   recovery for the Estate for a win will be zero.

3

4   Dated: January 5, 2022                    Respectfully submitted,

5                                             JAMES ANDREW HINDS, JR.
                                              THE HINDS LAW GROUP, APC

6                                             By:  /s/  James Andrew Hinds, Jr.
7                                                    JAMES ANDREW HINDS, JR.
                                              Attorneys for the Defendant, Tsai-Luan Ho (aka Tsai Ho
8                                             aka Shelby Ho)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT TSAI LUAN HO AKA SHELBY HO'S RESPONSE TO THE PLAN ADMINISTRATOR'S EIGHTH
STATUS CONFERENCE REPORT

## Certificate of Service

I am employed in Torrance, California. I am over the age of 18 and not a party to this action; my business address is 21257 Hawthorne Blvd., Second Floor, Torrance, CA 90503.

I hereby certify that on January 5, 2022, I served **DEFENDANT TSAI LUAN HO AKA SHELBY HO'S RESPONSE TO THE PLAN ADMINISTRATOR'S EIGHTH STATUS CONFERENCE REPORT** on the following parties or counsel of record:

### SEE ATTACHED LIST

X      <u>To Be Served By the Court Via Notice of Electronic Filing (NEF/ECF):</u> Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On January 5, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determine that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below

X      <u>By Placing</u> the ___ original <u>X</u> an accurate copy in sealed envelope(s) to the notification address(es) of record and sending by:

___      <u>U.S. Mail:</u> I arranged for the envelope(s) to be delivered by first-class mail. I am readily familiar with the firm's practice of collection and processing of First Class Mail. It is deposited with the Postal Service on the same day with postage thereon fully prepaid at Torrance, California in the ordinary course of business and deposited in a mailbox or other like facility regularly maintained by the United States Postal Service.

X      <u>Overnight Delivery:</u> I arranged for the envelope(s) to be delivered by overnight delivery by close of business of the next business day. I am readily familiar with the firm's practice of collection and processing parcels for overnight carrier. They are deposited with the overnight carrier or at a location authorized to receive parcels on behalf of the overnight carrier on the same day, fully prepaid at Torrance, California in the ordinary course of business.

___      <u>Personal Delivery:</u> the original a true copy thereof to be delivered by hand to the notification address(es) of record by an employee or independent contractor of a registered California process service.

I declare under penalty of perjury and the laws of the State of California that the above is true and correct.

Executed on January 5, 2022, in Torrance, California

_____/s/ James Andrew Hinds, Jr._____
JAMES ANDREW HINDS, RJ.

1

<u>To Be Served By the Court Via Notice of Electronic Filing (NEF/ECF):</u>

2

- Gail S. Greenwood    ggreenwood@pszjlaw.com, rrosales@pszjlaw.com

3

- James Andrew Hinds    jhinds@jhindslawgourp.com
- Charles P. Maher    cmaher@rinconlawllp.com, aworthing@rinconlawllp.com

4

- Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov
- Jeremy V. Richards    jrichards@pszjlaw.com, gdowning@pszjlaw.com

5

- William Shepard    wss@msrlegal.com

6

- Andrea A. Wirum    trustee@wirum.com, CA22@ecfcbis.com
- Derrick Matthew Talerico    dtalerico@ztlegal.com

7

- Office of the U.S. Trustee(LA)    USTPRegion16.la.ECF@usdoj.gov

8

9

10

<u>To Be Served via Overnight Mail:</u>

11

**Honorable Ernest M. Robles**

12

United States Bankruptcy Court
Central District of California

13

Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1560 / Courtroom 1568

14

Los Angeles, CA 90012

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

CERTIFICATE OF SERVICE