| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Gail S. Greenwood (CA SBN 169939)<br>PACHULSKI STANG ZIELH & JONES LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, California 90067<br>Telephone: (310) 277-6910<br>Facsimile: (310) 201-0760<br>Email: ggreenwood@pszjlaw.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Plaintiff, Bradley D. Sharp, Plan Administrator under the Confirmed First Amended Chapter 11 Plan of Liquidation Dated January 31, 2018 for Liberty Asset Management Corporation | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>LIBERTY ASSET MANAGEMENT CORPORATION, a California corporation,<br><br>Debtor(s). | CASE NO.: 2:16-bk-13575-ER<br><br>ADVERSARY NO.: 2:16-ap-01374-ER<br><br>CHAPTER: 11 |
|---|---|
| BRADLEY D. SHARP, Plan Administrator under the Confirmed First Amended Chapter 11 Plan of Liquidation Dated January 31, 2018 for Liberty Asset Management Corporation<br><br>Plaintiff(s).<br>vs.<br><br>TSAI LUAN HO,<br><br>Defendant(s). | **JOINT STATUS REPORT**<br>**[LBR 7016-1(a)(2)]**<br><br>DATE: February 15, 2022<br>TIME: 10:00 A.M.<br>COURTROOM: 1568<br>ADDRESS: 255 E. Temple Street<br>Los Angeles, CA 90012 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1 (a)(2):

**A. PLEADINGS/SERVICE:**

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)?  ☒ Yes  ☐ No

2. Have all parties filed and served answers to the Claims Documents?  ☒ Yes  ☐ No

3. Have all motions addressed to the Claims Documents been resolved?  ☒ Yes  ☐ No

4. Have counsel met and conferred in compliance with LBR 7026-1?  ☒ Yes  ☐ No

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                    Page 1                                    **F 7016-1.STATUS.REPORT**
DOCS_SF:107368.1 52593/003

B. **READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?

    <u>Plaintiff</u>                                                                      <u>Defendant</u>

    Plaintiff is ready for trial. Briefing is complete based on the previously scheduled trial on 5/29/18. The parties are awaiting resolution of criminal proceedings against Kirk/Gao, which has been repeatedly delayed. On information and belief, Kirk/Gao pled guilty to four counts of grand theft under a plea agreement that included time already served.

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

    <u>Plaintiff</u>                                                                      <u>Defendant</u>

    N/A

3. When do you expect to complete <u>your</u> discovery efforts?

    <u>Plaintiff</u>                                                                      <u>Defendant</u>

    N/A.

4. What additional discovery do you require to prepare for trial?

    <u>Plaintiff</u>                                                                      <u>Defendant</u>

    N/A.  Discovery closed on June 30, 2017.

C. **TRIAL TIME:**

1. What is your estimate of the time required to present <u>your side of the case</u> at trial *(including rebuttal stage if applicable)?*

    <u>Plaintiff</u>                                                                      <u>Defendant</u>

    2 days                                                                                 2 to 3 days

2. How many witnesses do you intend to call at trial *(including opposing parties)?*

    <u>Plaintiff</u>                                                                      <u>Defendant</u>

    2 witnesses                                                                      5-7 witnesses plus deposition testimony

3. How many exhibits do you anticipate using at trial?

    <u>Plaintiff</u>                                                                      <u>Defendant</u>

    See Final Pretrial Order [Docket No. 89]

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                              Page 3                                              **F 7016-1.STATUS.REPORT**

DOCS_SF:107368.1 52593/003

**D. PRETRIAL CONFERENCE:**

| Plaintiff | Defendant |
|---|---|
| Pretrial conference ☐ is ☒ is not requested<br>Reasons: see below | Pretrial conference ☐ is ☒ is not requested<br>Reasons:<br>. |

| Plaintiff | Defendant |
|---|---|
| Pretrial conference should be set after:<br>(*date*)  Any time | Pretrial conference should be set after:<br>(*date*)  Any time |

**E. SETTLEMENT:**

1. What is the status of settlement efforts?

    None.

2. Has this dispute been formally mediated?    ☒ Yes    ☐ No
   If so, when?

    June 2017, July 2017, and January 2018.  Three attempts at mediation were unsuccessful.

3. Do you want this matter sent to mediation at this time?

| Plaintiff | Defendant |
|---|---|
| ☐ Yes    ☒ No | ☐ Yes    ☒ No |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.
*December 2015*                                                  Page 3                                          **F 7016-1.STATUS.REPORT**

DOCS_SF:107368.1 52593/003

F. **FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

| Plaintiff | Defendant |
|---|---|
| I ☒ do ☐ do not consent to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. | I ☒ do ☐ do not consent to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. |

G. **ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** *(Use additional page if necessary)*

This case was initially stayed based on the Defendant's chapter 7 bankruptcy and was later stayed pending resolution of the Kirk/Gao criminal trial. The potential for Kirk or Gao to invoke their Fifth Amendment right as a third-party witness in the bankruptcy adversary action is no longer applicable. Plaintiff requests that the Court set an immediate trial date.

Counsel for the Defendant is not available for trial between September 26 and October 17, 2022.

Respectfully submitted,

Date: May 3, 2022

Pachulski Stang Ziehl & Jones LLP
Printed name of law firm

*/s/ Gail S. Greenwood*
Signature

Gail S. Greenwood, Esq.
Printed name
Attorney for: Plaintiff, Bradley D. Sharp

Date: May 3, 2022

THE HINDS LAW GROUP, APC
Printed name of law firm

*/s/ James Andrew Hinds, Jr.*
Signature

James Andrew Hinds, Jr.
Printed name
Attorney for: Defendant, Tsai Luan Ho

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**One Market Plaza, Spear Tower, 40th Floor, Suite 4000 San Francisco, CA 94105-1020.**

A true and correct copy of the foregoing document entitled (*specify*): **JOINT STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing documents will be served by the court via NEF and hyperlink to the document. On (*date*) **May 3, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Gail S Greenwood**    ggreenwood@pszjlaw.com, rrosales@pszjlaw.com
- **James Andrew Hinds**    jhinds@hindslawgroup.com, mduran@hindslawgroup.com
- **Jeremy V Richards**    jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com
- **Paul R Shankman**    PShankman@fortislaw.com, info@fortislaw.com
- **Rachel M Sposato**    rmsposato@mintz.com, mduran@hindslawgroup.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **James S Yan**    jsyan@msn.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **May 3, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **May 3, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Via Overnight Mail to:**
Honorable Ernest M. Robles
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1560 / Courtroom 1568
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| May 3, 2022 | Matt Renck | /s/ Matt Renck |
| *Date* | *Printed Name* | *Signature* |