Gail S. Greenwood (CA Bar No. 169939)
Erin Gray (CA Bar No. 157658)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California  90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760
Email: ggreenwood@pszjlaw.com
egray@pszjlaw.com

Attorneys for Bradley D. Sharp, Plan Administrator under the
Confirmed First Amended Chapter 11 Plan of Liquidation Dated
January 31, 2018 for Liberty Asset Management Corporation

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re: Liberty Asset Management, Corporation, Debtor. | Case No.: 2:16-bk-13575-ER<br>Adv. No.: 2:16-ap-01374-ER |
| Bradley D. Sharp, Plan Administrator for Liberty Asset Management Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Tsai Luan Ho,<br><br>Defendant. | Chapter 11<br><br>**PROOF OF SERVICE OF DOCUMENT**<br>**(Relates to Docket No. 179)** |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                        Page 6                                        **F 7016-1.STATUS.REPORT**
DOCS_SF:107486.1 52593/002

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**One Market Plaza, Spear Tower 40th Floor, Suite 4000 San Francisco, CA 94105-1020.**

A true and correct copy of the foregoing document entitled (*specify*):  **ORDER REQUIRING PLAN ADMINISTRATOR AND OVERSIGHT COMMITTEE TO SHOW CAUSE WHY THIS ADVERSARY PROCEEDING SHOULD NOT BE DISMISSED** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing documents will be served by the court via NEF and hyperlink to the document. On (*date*) **May 31, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Gail S Greenwood**    ggreenwood@pszjlaw.com, rrosales@pszjlaw.com
- **James Andrew Hinds**    jhinds@hindslawgroup.com, mduran@hindslawgroup.com
- **Jeremy V Richards**    jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com
- **Paul R Shankman**    PShankman@fortislaw.com, info@fortislaw.com
- **Rachel M Sposato**    rmsposato@mintz.com, mduran@hindslawgroup.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **James S Yan**    jsyan@msn.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **May 31, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **May 31, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**Email to:**
**Oversight Committee:**
**James Yan**    jsyan@msn.com
**Alex Naegele**    alex@canlawcorp.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 31, 2022 | Matt Renck | /s/ Matt Renck |
| --- | --- | --- |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                    Page 6                    **F 7016-1.STATUS.REPORT**
DOCS_SF:107486.1 52593/002