GAIL S. GREENWOOD (CA SBN 169939)
ERIN GRAY (CA SBN 157658)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail:  ggreenwood@pszjlaw.com
         egray@pszjlaw.com

Attorneys for Bradley D. Sharp, Plan Administrator under
the Confirmed First Amended Chapter 11 Plan of
Liquidation Dated January 31, 2018 for Liberty Asset
Management Corporation

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>LIBERTY ASSET MANAGEMENT CORPORATION, a California corporation,<br><br>    Debtor. | Case No.: 2:16-bk-13575-ER<br><br>Chapter 11<br><br>Adv. No.: 2:16-ap-01374-ER |
| BRADLEY D. SHARP, Plan Administrator Under the Confirmed First Amended Chapter 11 Plan of Liquidation Dated January 31, 2018 for Liberty Asset Management Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>TSAI LUAN HO, an individual,<br><br>    Defendant. | **THE PLAN ADMINISTRATOR'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE**<br><br>Date:  July 6, 2022<br>Time:  10:00 a.m.<br>Place:  Courtroom 1568<br>    255 East Temple Street<br>    Los Angeles, CA 90012 |

Bradley Sharp, Plan Administrator Under the Confirmed First Amended Chapter 11 Plan of Liquidation Dated January 31, 2018 (the "Plan Administrator"), hereby responds to the Court's *Order Requiring Plan Administrator and Oversight Committee to Show Cause Why This Adversary Proceeding Should Not Be Dismissed* dated May 25, 2022 [Docket No. 179].

The Court has expressed concerns regarding the continued prosecution of the above-referenced adversary proceeding, including whether defendant Tsai Luan Ho a/k/a Shelby Ho ("Ho")

1

holds specific assets that would be collectable in the event of a judgment in favor of the Plan Administrator. The Plan Administrator does not have information at this time to support that the potential for collection of assets from Ho outweighs the costs of trial. Accordingly, the Plan Administrator, with the approval of the Oversight Committee, requests that the Court dismiss the adversary proceeding without prejudice, with each party bearing their own attorneys' fees and costs. A proposed order is attached hereto as Exhibit A.

On June 10, 2022, counsel for the Plan Administrator sent a proposed stipulation for dismissal of the adversary proceeding to Ho's counsel. Counsel for Ho responded in various emails indicating that the estate should pay Ho's outstanding attorneys' fees. There is no basis under the facts of this case or in law for the estate to bear the costs of Ho's defense. Counsel for the Plan Administrator declined to entertain arguments regarding fees and requested approval of the stipulation, which was not forthcoming.[1]

The Plan Administrator requests entry of the attached order of dismissal pursuant to Federal Rule of Bankruptcy Procedure 7041 and Federal Rule of Civil Procedure 41(a)(2).

Dated: June 14, 2022               PACHULSKI STANG ZIEHL & JONES LLP

                                   By:    */s/ Gail S. Greenwood*
                                          Gail S. Greenwood

                                   Attorneys for Plaintiff, Bradley D. Sharp, Plan Administrator under the Confirmed First Amended Chapter 11 Plan of Liquidation Dated January 31, 2018 for Liberty Asset Management Corporation

---

[1] On June 14, 2022, prior to filing this response, counsel for the Plan Administrator received service of the *Declaration by Shelby Ho in Response to the Court's Order to Show Cause* [Docket No. 188] ("Ho Declaration"), asserting that she was a victim of Kirk/Gao and later of the prosecution of fraudulent transfer claims. The Plan Administrator and his counsel disagree with Ho's recitation of facts and believe that it is not cost effective to respond to the merits of the litigation because the parties presumably agree that the adversary should be dismissed. Briefly stated, however, the undersigned acknowledges having reviewed handwritten notes and miscellaneous documents made available by Ho through the date of her chapter 7 filing and disputes that such documents came anywhere close to exonerating Ho of liability or the need for trial based on her receipt of real properties and cash transfers from the Debtor. Those transfers were the subject of sale/inquiry by the chapter 7 trustee and formed, in part, the basis of the court's order of nondischargeability under Bankruptcy Code section 723(a)(3), which was affirmed on appeal by the district court. The Plan Administrator reserves the right to further respond to the Ho Declaration at or prior to any hearing on this matter.

2

DOCS_SF:107541.2 52593/003

# EXHIBIT A

GAIL S. GREENWOOD (CA SBN 169939)
ERIN GRAY (CA SBN 157658)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail:    ggreenwood@pszjlaw.com
           egray@pszjlaw.com

Attorneys for Bradley D. Sharp, Plan Administrator under
the Confirmed First Amended Chapter 11 Plan of
Liquidation Dated January 31, 2018 for Liberty Asset
Management Corporation

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>LIBERTY ASSET MANAGEMENT CORPORATION, a California corporation,<br><br>　　　　　　　　Debtor. | Case No.: 2:16-bk-13575-ER<br><br>Chapter 11<br><br>Adv. No.: 2:16-ap-01374-ER |
| BRADLEY D. SHARP, Plan Administrator Under the Confirmed First Amended Chapter 11 Plan of Liquidation Dated January 31, 2018 for Liberty Asset Management Corporation,<br><br>　　　　　　　　Plaintiff,<br>vs.<br><br>TSAI LUAN HO, an individual,<br><br>　　　　　　　　Defendant. | **ORDER APPROVING DISMISSAL OF ADVERSARY PROCEEDING** |

The Court, having read and considered *The Plan Administrator's Response to the Court's Order to Show Cause* filed June 14, 2022 [Docket No. __], and good cause appearing therefor:

**IT IS HEREBY ORDERED:**

1.　Pursuant to Federal Rule of Civil Procedure 41(a)(2), the above-referenced adversary proceeding is dismissed without prejudice; and

2.　All parties shall bear their own attorneys' fees and costs.

# # # #

DOCS_SF:107526.1 52593/003

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**One Market Plaza, Spear Tower 40th Floor, Suite 4000 San Francisco, CA 94105-1020.**

A true and correct copy of the foregoing document entitled (*specify*): **THE PLAN ADMINISTRATOR'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing documents will be served by the court via NEF and hyperlink to the document. On (*date*) **June 14, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Gail S Greenwood**    ggreenwood@pszjlaw.com, rrosales@pszjlaw.com
- **James Andrew Hinds**    jhinds@hindslawgroup.com, mduran@hindslawgroup.com
- **Jeremy V Richards**    jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com
- **Paul R Shankman**    PShankman@fortislaw.com, info@fortislaw.com
- **Rachel M Sposato**    rmsposato@mintz.com, mduran@hindslawgroup.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **James S Yan**    jsyan@msn.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **June 14, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

James Andrew Hinds, Jr.
The Hinds Law Group, APC
2390 Crenshaw Blvd., Ste. 240
Torrance, CA 90501

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **June 14, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 14, 2022 | Matt Renck | */s/ Matt Renck* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |