

**FILED & ENTERED**

**NOV 14 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gonzalez DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA—LOS ANGELES DIVISION

| | |
|---|---|
| In re:  Liberty Asset Management Corporation, Debtor. | Case No.: 2:16-bk-13575-ER<br>Adv. No.: 2:16-ap-01374-ER |
| Bradley D. Sharp, Plan Administrator for Liberty Asset Management Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Tsai Luan Ho,<br><br>Defendant. | **ORDER: (1) DENYING FEE MOTION AND (2) DISMISSING ACTION WITHOUT PREJUDICE PURSUANT TO CIVIL RULE 41(A)(2)**<br><br>[No hearing required pursuant to Federal Rule of Civil Procedure 78(b) and Local Bankruptcy Rule 9013-1(j)(3)] |

For the reasons set forth in the concurrently-issued *Memorandum of Decision: (1) Denying Defendant's Motion for Attorneys' Fees and (2) Dismissing Action Without Prejudice Pursuant to Civil Rule 41(a)(2)* (the "Memorandum"), the Court **HEREBY ORDERS AS FOLLOWS:**

1) Solely for the purpose of entry of this order, the above-captioned case is reopened, and the order entered on November 30, 2018 [Adv. Doc. No. 126] dismissing the action without prejudice is **VACATED**.
2) The Fee Motion[1] is **DENIED**.
3) This action is **DISMISSED WITHOUT PREJUDICE** pursuant to Civil Rule 41(a)(2). All parties shall bear their own attorneys' fees and costs.

---

[1] Capitalized terms not defined herein have the meaning set forth in the Memorandum.

IT IS SO ORDERED.

###

Date: November 14, 2022

Ernest M. Robles
United States Bankruptcy Judge