Jeremy V. Richards (SBN 102300)
Gail S. Greenwood (SBN 169939)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: jrichards@pszjlaw.com
         ggreenwood@pszjlaw.com

Attorneys for Official Committee of Unsecured
Creditors of Liberty Asset Management Corporation

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>LIBERTY ASSET MANAGEMENT CORPORATION, a California corporation,<br><br>Debtor. | Case No.: 2:16-bk-13575-TD<br><br>Chapter 11<br><br>**STIPULATION RE TURNOVER OF CERTAIN ASSETS** |

This Stipulation re Turnover of Certain Assets (the "Stipulation") is entered into by and among the following: 1) Liberty Asset Management Corporation ("LAMC") and the Official Committee of Unsecured Creditors for Liberty Asset Management Corporation (the "Committee"), 2) Mel Canyon, LLC ("Mel Canyon"); Golden Field Investment, LLC ("Golden Field"); RH Investments, LLC ("RH Investments"); Lowridge Place, LLC ("Lowridge Place"); 10th Street Santa Monica Project, LLC ("10th Street"), Liberty CMC Corporation ("CMC"), Pacific Sunshine Investments LLC ("Pacific"), Bradbury Furlong LLC ("BF"), 3), Benjamin Kirk, aka Tzu Ping Ko aka Benny Kirk ("Kirk") and 4), Lucy Gao ("Gao").

1. Upon entry of an order (the "Order") by the Bankruptcy Court approving this Stipulation, Gao shall cause the following transactions to occur:

1

DOCS_LA:300613.5 52593/002

a.  Mel Canyon shall transfer by quitclaim deed in favor of LAMC all of its right, title and interest in and to certain real property commonly known as 201 Mel Canyon Road, Duarte, California 91010 (the "Duarte Property").

b.  Golden Field shall transfer by quitclaim deed in favor of LAMC all of its right, title and interest in and to that certain vacant lot of real property located in the City of Azusa, State of California, and identified as APN 8610-022-022 (the "Azusa Property").

c.  RH Investment shall transfer by quitclaim deed in favor of LAMC all of its right, title and interest in and to certain real property commonly known as 1916 Los Padres Drive, Rowland Heights, California 91748 (the "Rowland Heights Property").

d.  Lowridge Place shall transfer by quitclaim deed in favor of LAMC all of its right, title and interest in and to certain real property commonly known as 23100 Lowridge Place, Santa Clarita, California (the "Lowridge Property").

2.  Effective upon entry of the Order, Gao unconditionally assigns to LAMC all of her rights and remedies to receive a consulting fee (the "Consulting Fee") of $1 million pursuant to that certain Hotel Consulting Agreement (the "Consulting Agreement") by and between SCG America Group ("SCG") and Gao, dated July 31, 2014.  Gao agrees to take actions reasonably necessary for the Debtor to collect the Consulting Fee including executing one or more letters or agreements directing and instructing SCG to make payment of the Consulting Fee directly to the Debtor and acknowledging that Liberty is entitled to payment of the same.

3.  Effective upon entry of the Order, Gao shall deliver to LAMC one or more original share certificates evidencing her legal ownership of ten million (10,000,000) shares of common stock in California Internal Bank N.A., formerly known as Saigon National Bank (the "Gao Shares"), and agrees to take actions reasonably necessary to cause legal title in and to the Gao Shares to be transferred to, and vested in LAMC.  Further, within ten (10) days of entry of the Order, Gao shall deliver (if available) all original and copies of share certificates or other documents in her possession  representing shares of common stock in California National Bank N.A., formerly known as Saigon National Bank (the "Tsang Shares"), assigned to Gao by Steven Tsang pursuant to instrument dated July 17, 2015.  Further, Gao agrees to execute reasonably requested documentation

2

to transfer legal title, ownership and control in and to the Tsang Shares to be transferred to, and vested in LAMC.

4. LAMC understands that the assets being transferred to LAMC pursuant to paragraphs 1 through 3, above (collectively, the "Transferred Assets") are being transferred in their "as is" where is condition without representation or warranty of any type whatsoever.

5. Effective upon entry of the Order, Gao, on behalf of herself and any and all entities owned and controlled, or purportedly owned and controlled by Gao (collectively, the "Gao Entities"), including, without limitation, Mel Canyon, Golden Field, RH Investments, Lowridge Place, 10th Street, CMC, Pacific and BF, unconditionally releases and relinquishes any and all claims that they have, or may have, in and to the Transferred Assets, except for claims arising prior to the transfer of the Transferred Assets for reimbursement, indemnity and contribution for any legal fees and costs incurred by Gao in connection with her efforts to secure or preserve or protect the Transferred Assets which Liberty acknowledges and agrees can be filed as claims in the Liberty Bankruptcy Case. Notwithstanding the foregoing, the parties agree that Liberty retains all rights and defenses to any claims asserted by Gao based on the foregoing.

6. Upon entry of the Order, Gao releases and relinquishes any right, title or interest she has or may have, direct or indirect, in and to the Transferred Assets and the real property commonly known as: 119 Furlong Lane, Bradbury, California; 1020 Baldwin Avenue/652 Fairview Avenue, Arcadia, CA 91007; 415 Huntington Drive, San Marino, CA 91108; and 1122 10TH Street, Santa Monica, CA, and, further, irrevocably assigns any claims and causes of action related to any of the foregoing properties, which any of the Gao entities may hold, against third parties to LAMC.

7. Upon entry of the Order, Kirk releases and relinquishes any right, title or interest he has or may have, direct or indirect, in and to the Transferred Assets and the real property commonly known as: 119 Furlong Lane, Bradbury, California; 1020 Baldwin Avenue/652 Fairview Avenue, Arcadia, CA 91007; 415 Huntington Drive, San Marino, CA 91108; and 1122 10TH Street, Santa Monica, CA, and, further, irrevocably assigns any claims and causes of action related to any of the foregoing properties, which Kirk or any of his controlled entities may hold, against third parties to LAMC. Notwithstanding the forgoing, Kirk retains claims arising prior to the transfer of the

3

DOCS_LA:300613.5 52593/002

Transferred Assets and/or the assets identified in this paragraph for reimbursement, indemnity and contribution for any legal fees and costs incurred by Kirk in connection with his efforts, if any, to secure or preserve or protect such assets which Liberty and the Committee acknowledges and agree may be filed as claims in the Liberty Bankruptcy Case. Notwithstanding the foregoing, the parties agree that Liberty and the Committee retain all rights and defenses to any claims asserted by Kirk based on the foregoing.

8. Upon entry of the Order, the Committee shall cause to be dismissed, without prejudice, the following adversary proceedings pending in the above-captioned bankruptcy case: 2:16-ap-01170-TD; 2:16-ap-01171-TD; 2:16-ap-01142-TD; and 2:16-ap-01143-TD (the "Adversaries").

9. In entering into this Stipulation, neither the Debtor nor the Committee are relinquishing or releasing any claims they have, or may have against Gao and/or any of the Gao Entities, except that, in consideration of paragraph 6 above, the Debtor and the Committee relinquish the right to seek turnover of the Transferred Assets or the direct or indirect ownership therein against Gao and/or any of the Gao Entities.

10. Notwithstanding anything contained herein, by entering into this stipulation and by undertaking and taking the actions provided for herein, neither Gao nor Kirk is admitting anything related to the Adversaries or the Transferred Assets and nothing contained herein is a waiver of any rights or defenses including, but not limited to, as to any other matters related to LAMC case and any adversary proceedings commenced or to be commenced in connection with the same.

4

DOCS_LA:300613.5 52593/002

Dated: ~~August~~ Sept 2, 2016     LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.

By: _____
    David B. Golubchik
    Eve Karasik
    Counsel to Liberty Asset Management Corporation

Dated: ~~August~~ Sept. 1, 2016     PACHULSKI STANG ZIEHL & JONES LLP

By: _____
    Jeremy V. Richards
    Gail S. Greenwood

Counsel for the Official Committee of Unsecured Creditors

Dated: August ___, 2016     COSTELL & CORNELIUS LAW CORPORATION

By: _____
    Alexandre I. Cornelius

Counsel for Lucy Gao

Dated: August ___, 2016     MEL CANYON, LLC

By: _____
    Name: _____
    Its: _____

Dated: August ___, 2016     GOLDEN FIELD INVESTMENT, LLC

By: _____
    Name: _____
    Its: _____

DOCS_LA:300613.5 52593/002

| | |
|---|---|
| Dated: August __, 2016 | LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.<br><br>By: _____<br>David B. Golubchik<br>Eve Karasik<br>Counsel to Liberty Asset Management Corporation |
| Dated: August __, 2016 | PACHULSKI STANG ZIEHL & JONES LLP<br><br>By: _____<br>Jeremy V. Richards<br>Gail S. Greenwood<br><br>Counsel for the Official Committee of Unsecured Creditors |
| Dated: August 31, 2016 | COSTELL & CORNELIUS LAW CORPORATION<br><br>By: _/s/ Alexandre I. Cornelius_____<br>Alexandre I. Cornelius<br><br>Counsel for Lucy Gao |
| Dated: August 31, 2016 | MEL CANYON, LLC<br><br>By: _____<br>Name: _____<br>Its: _____ |
| Dated: August 31, 2016 | GOLDEN FIELD INVESTMENT, LLC<br><br>By: _____<br>Name: _____<br>Its: _____ |

DOCS_LA:300613.5 52593/002

| | | |
|---|---|---|
| 1 | Dated: August 31, 2016 | RH INVESTMENTS, LLC |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Name: _____<br>Its: _____ |
| 5 | | |
| 6 | Dated: August 31, 2016 | LOWRIDGE PLACE, LLC |
| 7 | | |
| 8 | | By: _____<br>Name: _____<br>Its: _____ |
| 9 | | |
| 10 | Dated: August 31, 2016 | 10TH STREET SANTA MONICA PROJECT, LLC |
| 11 | | |
| 12 | | By: _____ |
| 13 | | Name: _____<br>Its: _____ |
| 14 | Dated: August 31, 2016 | LIBERTY CMC CORPORATION |
| 15 | | |
| 16 | | By: _____ |
| 17 | | Name: _____<br>Its: _____ |
| 18 | | |
| 19 | Dated: August 31, 2016 | PACIFIC SUNSHINE INVESTMENTS LLC |
| 20 | | By: _____ |
| 21 | | Name: _____<br>Its: _____ |
| 22 | | |
| 23 | Dated: August 31, 2016 | BRADBURY FURLONG LLC |
| 24 | | |
| 25 | | By: _____ |
| 26 | | Name: _____<br>Its: _____ |

| | | |
|---|---|---|
| 1 | Dated: August __, 2016 | RH INVESTMENTS, LLC |
| 2 | | |
| 3 | | By: _____<br>Name:_____<br>Its: _____ |
| 4 | | |
| 5 | | |
| 6 | Dated: August __, 2016 | LOWRIDGE PLACE, LLC |
| 7 | | |
| 8 | | By: _____<br>Name:_____<br>Its: _____ |
| 9 | | |
| 10 | Dated: August __, 2016 | 10TH STREET SANTA MONICA PROJECT, LLC |
| 11 | | |
| 12 | | By: [signature]<br>Name:_____ |
| 13 | | Its: _____ |
| 14 | | |
| 15 | Dated: August __, 2016 | LIBERTY CMC CORPORATION |
| 16 | | By: [signature] |
| 17 | | Name:_____<br>Its: _____ |
| 18 | | |
| 19 | Dated: August __, 2016 | PACIFIC SUNSHINE INVESTMENTS LLC |
| 20 | | By: [signature] |
| 21 | | Name:_____<br>Its: _____ |
| 22 | | |
| 23 | Dated: August __, 2016 | BRADBURY FURLONG LLC |
| 24 | | By: [signature] |
| 25 | | Name:_____ |
| 26 | | Its: _____ |
| 27 | | |
| 28 | | |

DOCS_LA:300613.5 52593/002

1 | Dated: August 31, 2016 | LUCY GAO
2 |
3 | | By: _____
4 |
5 | Dated: August __, 2016 | BENNY KIRK
6 | | By: _____
7 |
8 | Dated: August __, 2016 | LAW OFFICES OF DAVID W. MEADOWS
9 | | By: _____
10 | | David W. Meadows
   | | Counsel to Benjamin Kirk

DOCS_LA:300613.5 52593/002

1 | Dated: August __, 2016

LUCY GAO

By: _____

4 | Dated: August __, 2016

BENNY KIRK

By: [signature]

7 | Dated: ~~August~~ September 2, 2016

LAW OFFICES OF DAVID W. MEADOWS

By: David W. Meadows
David W. Meadows
Counsel to Benjamin Kirk

DOCS_LA:300613.5 52593/002

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067**

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION RE TURNOVER OF CERTAIN ASSETS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **September 7, 2016**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
**September 7, 2016**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **September 7, 2016**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**PERSONAL DELIVERY**
Honorable Thomas B. Donovan
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1352
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 7, 2016 | Myra Kulick | */s/ Myra Kulick* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*   **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:298820.1 52593/002

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- *Kyra E Andrassy    kandrassy@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com*
- *Alexandre I Cornelius    aicornelius@costell-law.com, ssaad@costell-law.com;mharris@costell-law.com;jstambaugh@costell-law.com;ladelson@costell-law.com;jlcostell@costell-law.com*
- *Lei Lei Wang Ekvall    lekvall@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com*
- *Julie A Esposito    cesarjuliem@yahoo.com, sensberg@aol.com*
- *John D Fiero    jfiero@pszjlaw.com, ocarpio@pszjlaw.com*
- *John-Patrick M Fritz    jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com*
- *Barry S Glaser    bglaser@swesq.com, erhee@swesq.com*
- *David B Golubchik    dbg@lnbyb.com, dbg@ecf.inforuptcy.com*
- *Gail S Greenwood    ggreenwood@pszjlaw.com, efitzgerald@pszjlaw.com*
- *David S Henshaw    david@henshawlaw.com, info@henshawlaw.com*
- *Eve H Karasik    ehk@lnbyb.com*
- *Jeffrey S Kwong    jsk@lnbyb.com, jsk@ecf.inforuptcy.com*
- *Ian Landsberg    ian@landsberg-law.com, casey@landsberg-law.com;lisa@landsberg-law.com;diana@landsberg-law.com;yesi@landsberg-law.com;ilandsberg@ecf.inforuptcy.com*
- *Robert S Lawrence    rlawrence@callahan-law.com, mwalters@callahan-law.com*
- *Patricia H Lyon    phlyon@frenchlyontang.com, mwoodward@frenchlyontang.com*
- *David W. Meadows    david@davidwmeadowslaw.com*
- *Charles Alex Naegele    alex@canlawcorp.com, alexnaegelelaw@gmail.com*
- *Victoria Newmark    vnewmark@pszjlaw.com*
- *Queenie K Ng    queenie.k.ng@usdoj.gov*
- *Laura Palazzolo    laura.palazzolo@berliner.com, sabina.hall@berliner.com*
- *Jeremy V Richards    jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com*
- *Mark Romeo    romeolaw@msn.com*
- *Robert M Saunders    rsaunders@pszjlaw.com, rsaunders@pszjlaw.com*
- *Lindsey L Smith    lls@lnbyb.com, lls@ecf.inforuptcy.com*
- *David A Trinh    dtrinh@trinhlawfirm.com, kim@trinhlawfirm.com*
- *United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov*
- *James S Yan    jsyan@msn.com*

2. **SERVED BY UNITED STATES MAIL**:

| | | |
|---|---|---|
| AA 166 Geary LLC<br>Attn: Reuben Robin<br>449 S. Beverly Drive<br>Beverly Hills, CA  90212 | Alan D. and Julianne F. Nolet<br>2400 Grove Blvd.<br>Austin, TX  78741 | Benjamin Kirk<br>c/o David Meadows, Esq.<br>1801 Century Park East, Suite 1235<br>Los Angeles, CA  90067 |
| Block 3 Development Partners LLC<br>4 Embarcadero Center, Ste. 3300<br>San Francisco, CA  94111 | David Trinh<br>Trinh Law<br>99 N 1st St, Ste 200<br>San Jose, CA  95113 | East West Bank<br>Attn:  Risk Operations Dept.<br>9500 Flair Drive, 4th Floor<br>El Monte, CA  91731 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                               **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:298820.1 52593/002

| | | |
|---|---|---|
| First American Title Company<br>Attn:  Corporate Service Co.<br>2710 Gateway Oaks Drive, Suite 150N<br>Sacramento, CA  95833 | Helena Chang Cosman<br>3579 E. Foothill Blvd., Ste. 621<br>Pasadena, CA  91107 | Lucy Gao<br>Attn:  Robert Lisnow, Esq.<br>10866 Wilshire Blvd., Suite 400<br>Los Angeles, CA  95833 |
| Margaret Chiu<br>935 S. San Gabriel Blvd.<br>San Gabriel, CA  91776 | Mega Bank<br>Attn:  Elsie Chow<br>Senior Vice President<br>245 West Valley Blvd.<br>San Gabriel, CA  91776-3737 | Northern California Mortgage Fund VII<br>Attn: Mark Romeo, Esq.<br>Law Offices of Mark J. Romeo<br>235 Montgomery St., Ste. 400<br>San Francisco, CA  94104 |
| Samantha Galapin<br>4708 Merced Ave.<br>Baldwin Park, CA  91706 | Scott Whitman<br>Scott L. Whitman, Inc.<br>5670 Wilshire Blvd., Ste. 2170<br>Los Angeles, CA  90036 | Sincere Escrow<br>Attn:  Margaret Chiu<br>935 S. San Gabriel Blvd.<br>San Gabriel, CA  91776 |
| SJ 10177 LLC<br>5150 El Camino Real #B-23<br>Los Altos, CA  94022 | Tsai Luan Ho<br>126 Atherton Ave.<br>Atherton, CA  94027 | Tsai Luan Ho<br>Attn:  George Eshoo<br>Law Offices of George P. Eshoo<br>702 Marshall St., Suite 500<br>Redwood City, CA  94063 |
| Vanessa Lavendera<br>f/k/a Vanessa Van Holland<br>13017 Falcon Pl<br>Chino, CA  91710-3805 | | |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
DOCS_LA:298820.1 52593/002

**F 9013-3.1.PROOF.SERVICE**